**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| YAARB ALKHAFAJI, *et al.,* | Civil No. 09-3077 (JRT/RLE) |
| Plaintiffs, | |
| v. | **ORDER REGARDING JOINT** |
| | **STIPULATION TO SEVER AND** |
| PFIZER, INC., *et al.*, | **REMAND TO STATE COURT THE** |
| | **CLAIMS OF PLAINTIFFS BOGES,** |
| Defendants. | **DOUGLAS, AND KLUTZ** |

---

This matter came before the Court on the stipulation of the parties [Docket No. 33]. The Court, having considered the Stipulation and Exhibit A thereto, finds good cause exists to grant the parties' request.

**IT IS HEREBY ORDERED THAT** the claims of plaintiffs Bobbi Boges, Wilma Douglas, and Carol Klutz are severed and remanded to the District Court in the Fourth Judicial District, Hennepin County, Minnesota.


Dated: January 28, 2010
at Minneapolis, Minnesota                         s/ John R. Tunheim
                                               JOHN R. TUNHEIM
                                          United States District Judge