UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| YAARB ALKHAFAJI, et al., | Civil No. 09-3077 (JRT/RLE) |
| Plaintiffs, | |
| v. | **ORDER** |
| PFIZER, INC., PHARMACIA CORP, G.D. SEARLE & CO., AND MONSANTO COMPANY, | |
| Defendants. | |

_____

This matter is before the Court on the Joint Stipulation of Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) filed on April 8, 2010 [Docket No. 40].

**IT IS HEREBY ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, each party to bear their own costs and fees. The Clerk is directed to close this case.

DATED: April 12, 2010
at Minneapolis, Minnesota.                                         s/ John R. Tunheim
                                                                                       JOHN R. TUNHEIM
                                                                                  United States District Judge